## JOHN W. LOWELL et al., Appellants, v. JAMES T. PARKINSON et al., Respondents.

1. Non-Appealable Order.—No appeal lies from an order sustaining a demurrer to a complaint.

2. Dismissing Action.—Several parties are sued as co-defendants, one of whom files a separate demurrer, which is sustained by the court, and the action is dismissed as to the defendant so demurring. *Held*, Not a final judgment, and no appeal lies from the order of dismissal, as the action is still pending against the other defendants.

Appeal from the Third Judicial District Court.
Respondents moved to dismiss the appeal.
The other facts are stated in the opinion of the court.

*Hemingray & Huey*, for appellants.
*Robertson & McBride*, for respondents.

Boreman, J., delivered the opinion of the court on the motion of respondents to dismiss appeal:

This is an action to foreclose two mortgages. One of the defendants, Lizzie Hyndman, demurs to the complaint, and her demurrer was sustained, and the cause dismissed as to her. From this order of the court the plaintiffs appeal.

The order sustaining a demurrer is not an appealable order, and the order dismissing the cause as to Lizzie Hyndman was not, as to the plaintiffs, a final judgment. The cause is still pending against the other defendants. The plaintiffs, therefore, were not entitled to an appeal.

The motion of respondents to dismiss the appeal is sustained, with costs in this court.

Schaeffer, C. J., and Emerson, J., concurred.